**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

ROOFTOP RESTORATION & EXTERIORS, INC., a Colorado Corp.

Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation

Defendant.

---

**NOTICE OF REMOVAL**

---

Defendant, Travelers Property Casualty Company of America, through its attorneys and pursuant to 28 U.S.C. §§ 1441(a) and 1446 and D.C.COLO.L.Civ.R. 81.1, removes this civil action from the District Court, County of Denver, Colorado to the United States District Court for the District of Colorado. As grounds, Defendant states as follows:

1. Travelers Property Casualty Company of America is the Defendant in a civil action pending in the District Court, Denver County, Colorado and styled *Rooftop Restoration & Exteriors, Inc. v. Travelers Property Casualty Company of America,* Case No. 2021 CV 31720. A complete copy of the file from the Denver County District Court is attached as **Exhibits A-E.** Specifically, the state court civil cover sheet is **Exhibit A**, the Complaint and Jury Demand is **Exhibit B**, the Delay Deduction Order is **Exhibit C**, the Pre-Trial Order is **Exhibit D**, the Affidavit of Service is **Exhibit E**, and the register of actions is **Exhibit F**.

2.       This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), because it is filed within one year of the commencement of this action and within thirty days of the date on which this case first became removable.  Defendant was served with a copy of the Complaint on July 30, 2021.  *See* **Exhibit G.**  Accordingly, Defendant's thirty-day period for removal commenced on that date, with a corresponding deadline to remove of August 29, 2021.

3.       Plaintiff alleges the following claims for relief against Defendant: (1) breach of contract, and (2) Violation of C.R.S. 10-3-1115.

## DIVERSITY OF CITIZENSHIP

4.       As alleged in the Complaint, Plaintiff is a corporation organized under the laws of Colorado. **Exhibit B,** *¶*2.  Defendant is a foreign corporation organized under the laws of Connecticut with its principal place of business located in Hartford, Connecticut. *See* Certificate of Good Standing attached as **Exhibit H.**  As Plaintiff is a citizen of Colorado, and Defendant is a citizen of Connecticut, there is complete diversity of citizenship among the parties.  28 U.S.C. § 1332.

## AMOUNT IN CONTROVERSY EXCEEDS JURISDICTIONAL REQUIREMENTS

5.       To meet the jurisdictional requirement under 28 U.S.C. § 1332, Defendant must establish that Plaintiff's damages could exceed $75,000.00 exclusive of interest and costs.  A preliminary estimate from Plaintiff, attached hereto as **Exhibit I** proves that the amount in controversy exceeds $1,000,000.  *Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995). "The amount in controversy is not proof of the amount the plaintiff will recover.  Rather it is an estimate of the amount that will be put at issue in the course of the litigation." *McPhail v. Deere & Company*, 529 F.3d 947, 956 (10th Cir. 2008).

6. Based on the foregoing, this Court has jurisdiction over this action under 28 U.S.C. § 1332(a), because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00.

7. Promptly upon filing this Notice of Removal, Defendant shall give written notice of the filing to Plaintiff as required by law. Defendant is concurrently filing a notice attaching this Notice of Removal with the Clerk of the District Court, Denver County, Colorado where this action was originally filed.

WHEREFORE, Defendant Travelers Property Casualty Company of America requests that this Court accept its Notice of Removal and assume jurisdiction over this action.

Respectfully submitted this 20th day of August, 2021.

CLYDE & CO. US LLP

/*s/ Jeri J. Wettestad*
Amy M. Samberg, #42999
Jeri J. Wettestad, #33719
2301 Blake Street, Suite 100
Denver, CO 80205
Telephone: (213) 358-7600
Facsimile: (213) 358-7650
Amy.Samberg@clydeco.us
Jeri.Wettestad@clydeco.us
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

    I hereby certify that, on the 20th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward Levy, Esq.
Atlas Law Firm, P.C.
One Cherry Center, Suite 1100
501 South Cherry Street
Denver, CO 80246
Telephone: (303) 481-6352
elevy@atlaslawpc.com
***Attorney for Plaintiff***

                                    */s/ Rachel Salabak*
                                    Rachel Salabak